PHIL LEVY, Respondent, v. PORTER BROS., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MINGOLD PRODUCTIONS, INC., Respondent, v. THE KLAW THEATRE CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the Application of FREDERICK WINGENBACK, Respondent, for a Peremptory Mandamus Order against SOPHIE IRENE LOEB, President of the Board of Child Welfare of the City of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

LOUIS GUENTHER, Appellant, v. TICKER PUBLISHING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HENRY J. LEVY, Respondent, v. MILTON J. GORDON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith and Finch, JJ.

HECKSCHER BUILDING CORPORATION, Respondent, v. MARYLAND CASUALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith and Finch, JJ.; Dowling, J., dissenting.

G. OWEN TUCKER, Respondent, v. FENWICK L. PECK, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

M. ELIZABETH MORRISON, Respondent, v. JOHN M. HANSEN, Defendant. FRANK M. SWACKER, an Attorney, Appellant.— Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JACOB MILLER, Respondent, v. RHEINSTEIN & HAAS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

ROBERT M. MILLER, an Infant, etc., Respondent, v. EDGAR S. APPLEBY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The time for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

PATRICK HANLON, Respondent, v. O'BRIEN'S EXPRESS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

FRANK SPEISER, Respondent, v. COLUMBIA METAL Box Co., INC., and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MORTON H. MEINHARD, Respondent, v. WALTER J. SALMON and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.